**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ERIC BATES; BERT ENOS;
BABARANTI OLOYEDE; ERIC
BUMBALA; EDWARD WILLIAMS, on
behalf of themselves and all others
similarly situated,

        *Plaintiffs-Appellees,*

        v.

UNITED PARCEL SERVICE, INC., dba
UPS,

        *Defendant-Appellant.*

No. 04-17295

D.C. No.
CV-99-02216-TEH

ORDER

Filed April 24, 2007

Before: Mary M. Schroeder, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

---

[1]Judge Wardlaw is recused.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.